# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3909
_____

APRIL ELIZABETH TAUSCHER,

Appellant,

v.

JAMES WALTER TAUSCHER,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

September 26, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adam L.  Morrison and Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Jonathan S. Bense of The Law Office of Jonathan S. Bense, PLLC, Gainesville, for Appellee.